Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Melissa J. Levine
mlevine@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Supercell Oy*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUPERCELL OY,<br><br>*Plaintiff*<br><br>v.<br><br>BANDAI GUA GUA MODEL TOYS STORE, CHILDLIKE FIGURES STORE, CHILDREN GROWING TREE STORE, CHINA TOY HALL STORE, CHINESE GOOD STORE, CORN HUNTER GLOBAL TOY STORE, COZY PILLOW KINGDOM STORE, DONGGUAN DREAMER INDUSTRIAL CO., LTD., DONGGUAN RUIGAO PLASTIC PRODUCTS CO., LTD., HAPINQUAN STORE, JIA HAN TOYS STORE, JIANGSU FONDIN GUEST AMENITIES CO., LTD., JIAXING BIG BEAR TOYS CO., LTD., LUOLUO LNS STATIONERY STORE, MR BEAR3RD PLUSH STORE, NANNING MAGGIE TRADING CO., LTD., SHENZHEN HENGTAIHAO TECHNOLOGY CO., LTD., SHENZHEN JI MI TECHNOLOGY CO., LTD., SHENZHEN LANBOWAN TECHNOLOGY CO., LTD., SHENZHEN SIRUIQI ELECTRONIC COMMERCE CO. LTD, SHENZHEN TAISHENHUI | **25-cv-2312 (VSB)**<br><br>~~[PROPOSED]~~<br>**UNSEALING ORDER** |

TECHNOLOGY CO., LTD., SHOP1103058341 STORE, SHOP1103667279 STORE, SHOP1103936544 STORE, SPOT IT CARD GAME STORE, THOUSANDS OF TOYS STORE, TWOAIXINGCHENG STORE, VARIANCE OF SQUARES Y STORE, VIBRANT CLOTHING STORE, WANG CHAUN LUNG STORE, WONDERFUL FUN STORE, WUHAN JOHN KIDS TOYS CO., LTD., XIAMEN HOTITEM TECHNOLOGY CO., LTD., YANGZHOU HUANZHIDOU TOY CO., LTD., YANGZHOU LSD ELECTRONICS CO., LTD., YGLY CHOICE STORE, YIWU ALLO TRADING CO., LTD., YIWU SEASIDE TRADING CO., LTD., YIWU XINGXIN INTERNATIONAL TRADE CO., LTD., YIWU XIRUI TRADE CO., LTD., YIWU YIBU IMPORT & EXPORT CO., LTD., YOU ARE REALLY BEAUTIFUL STORE and YUDU JINYONGFA BUILDING MATERIALS SALES CENTER,

*Defendants*

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

SO ORDERED:

*[signature]*

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

Date: May 21, 2025