# EXHIBIT A

# DEFENDANT Bandai Gua Gua Model Toys Store

# Defendant's Infringing Listing



# Defendant's Merchant Storefront

AliExpress

brawl stars

Download the AliExpress app | Other/EN/ USD | Welcome Sign in / Register | Cart 0

Bandai Gua Gua Model Toys Store

97.7% positive reviews | 529 followers | + FOLLOW | Contact Now

Search in this store

Store Home | Products ⌄ | Gift Season | Feedback



**Sale** Ends: 12/16/2024, 2:59:59 AM

## SHOP YOUR FAVES

GIFT SEASON

## Discounts & coupons

**$3.47**    569L2JIBHIC3
Spend $97.09, Get $3.47 off(excludes shipping costs)

Expires 2025/01/31    Collect

**$2.08**    31UKTPBOQX3H
Spend $58.95, Get $2.08 off(excludes shipping costs)

Expires 2025/01/31    Collect

## Recently viewed








# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT Childlike Figures Store

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



**Childlike Figures Store**

99.2% positive reviews    |    399 followers    + FOLLOW    Contact Now

Store Home    Products ⌄    Gift Season    Feedback

Sale  Ends: 12/16/2024, 2:59:59 AM

# SHOP YOUR FAVES



## Recently viewed



New 10Pcs Kimetsu No Yaiba Slayer Nezuko Inosuke Lguro Obanai...

1 sold  Sale

$53.02 $82.84

Save $29.82



In Stock BANDAI Limited MG 1/100 ECLIPSE GUNDAM+MANEUVER...

1 sold  Sale

$208.91 $302.77

Save $93.86

Free shipping



Bandai Original EVANGELION Anime Figure Ayanami Rei...

$29.53 $42.80

Save $13.27

Free shipping



Bandai Anime Action Figure Mobile Suit YuYu Hakusho Yusuke...

$66.45 $96.30

Save $29.85

Free shipping

Bandai SH.Figuarts SHF Kamen Rider Poppy Toki Mek...

In Stock Original

$116.28 $168.52

Save $52.24

Free shipping



Sentinel Halo 5 Guardians Master Chief Mjolnir Mark VI Gen 3 Actio...

$22.15 $32.10

Save $9.95

Free shipping

# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT Children Growing Tree Store

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



## AliExpress

brawl stars leon

Download the AliExpress app | Other/EN/ USD | Hi, US Account | Cart 0

**Children Growing Tree Store**

92.9% positive reviews | 597 followers | + FOLLOW | Contact Now | Search in this store

Welcome To My Shop
tomer Service Online : 08:00-22:00 ( Beijing Time )

**Children Growing Tree Store**

Store Home | Products ∨ | Feedback

## Hot deals →



1

Pokemon X Fragment 30CM Anime Character Dark Pikachu Doll Kawaii Pop Doll Black...
★★★★☆ 110 sold
$9.83
Extra 2% off with coins
Choice  Free shipping over $10



2

Kawaii Anime Figure Garfield Doll Keychain Cartoon Animal Toy Pvc Keychain Car Key...
★★★★★ 51 sold
$4.76
Extra 2% off with coins
Choice  Free shipping over $10



3

Sanrio Halloween Ghost Hello Kitty Plush Cartoon Large Flannel Blanket Cute Cotton...
★☆☆☆☆ 15 sold
$16.9
Extra 2% off with coins
Free shipping



$1 Coupon OFF US $35.00
Get Coupon Now



$2 Coupon OFF US $70.00
Get Coupon Now



$3 Coupon OFF US $105.00
Get Coupon Now



$5 Coupon OFF US $150.00
Get Coupon Now

# Checkout Page for Counterfeit Products from Defendant

# AliExpress

## Delivery address

**Athena Kenzington**   +1 2122925390

244 Madison Avenue / Suite 411
Manhattan, New York, United States, 10016

Modify

## Payment Methods

PayPal

Change

### Children Growing Tree Store

Kawaii Brawl Stars Spike Plush Toy Cute Peluche Plush Doll Kawaii Cactus Pillow Lovely Sof...
1pcs

$17.56                          1

Shipping: Free shipping
Estimated delivery between Dec 17 - 26

## Summary

| | |
|---|---|
| Subtotal | $17.56 |
| Promo codes | Enter the code here |
| Shipping fee | Free |
| Tax ? | $1.56 |
| **Total** | **$19.12** |

PayPal

Upon clicking 'Place Order', I confirm I have read and
acknowledged all terms and policies.

### AliExpress

AliExpress keeps your information and payment safe

### Fast delivery ›

✓ $1.00 coupon code if delayed  ✓ Refund if
package lost  ✓ Refund if items damaged  ✓
Refund if no delivery in 30 days

### Security & Privacy ›

Safe payments · Secure personal details

### Safe Payments

# Order Confirmation for Counterfeit Products from Defendant

**Free returns** ›

Not satisfied with your order? Send it back within 90 days after order was placed. The first return on each order is free (up to 5 times per month).

**Buyer Protection** ›

Under 'buyer protection', all your product ordering processes are protected.

Athena Kenzington  +1 2122925390

244 Madison Avenue, Suite 411

Manhattan, New York, United States, 10016

Order ID: 8198107035185829    Copy

Order placed on: Jan 21, 2025

Payment completed on: Jan 21, 2025

Payment method: PayPal

**Children Growing Tree Store** ›

Estimated delivery date: Feb 3, 2025 ?

Kawaii Brawl Stars Spike Plush Toy Cute Peluche Plush Doll Kawaii Cactus Pillow Lovely Sof...    **Add to cart**

23cm

$9.91  x1

Free returns · Delivery guarantee

| | |
|---|---|
| Subtotal | $9.91 |
| Shipping | Free shipping |
| Tax | $0.89 |
| **Total** | **$ 10.80** |

**More to love**

AliExpress Mobile App

Search Anywhere, Anytime!

Scan or click to download

# DEFENDANT China Toy Hall Store

# Defendant's Infringing Listing



# Defendant's Merchant Storefront

AliExpress

🙂 **China Toy Hall Store**

92.9% positive reviews | 2.0K followers | + FOLLOW | 💬 Contact Now

🔍 Search in this store

Store Home | Products ⌄ | Feedback

# Discounts & coupons

| $9.99 | AAOIOK9YWPF5 |
|---|---|
| Spend $699.05, Get $9.99 off(excludes shipping costs) | |
| Expires 2024/12/15 | **Collect** |

| $4.99 | J1ENTZR28IAS |
|---|---|
| Spend $99.86, Get $4.99 off(excludes shipping costs) | |
| Expires 2024/12/15 | **Collect** |

| $2 | Q3A5OYEA9LGE |
|---|---|
| Spend $47.93, Get $2 off(excludes shipping costs) | |
| Expires 2024/12/15 | **Collect** |

| $1 | LEEX6I8Z4SIO |
|---|---|
| Spend $18.92, Get $1 off(excludes shipping costs) | |
| Expires 2024/12/15 | **Collect** |



# Checkout Page for Counterfeit Products from Defendant

# AliExpress

## Shipping address

**Athena Kenzington**   +1 2122925390
244 Madison Avenue / Suite 411
Manhattan, New York, United States, 10016

Change

## Payment Methods

PayPal

Change

### China Toy Hall Store

Cross-Border New Product Brawl Stars Mouse Brawl Stars Plush Doll Blind Mouse Doll Ga...
about 30cm

$12.90

−   1   +

Shipping: Free shipping
Estimated delivery between Dec 17 - 26

## Summary

| | |
|---|---|
| Subtotal | $12.90 |
| Promo codes | Enter ⌄ |
| Shipping fee | Free |
| Tax ? | $1.14 |
| **Total** | **$14.04** |

PayPal

Upon clicking 'Place Order', I confirm I have read and
acknowledged all terms and policies.

### AliExpress

AliExpress keeps your information and payment safe

### Fast delivery ›

✓ $1.00 coupon code if delayed  ✓ Refund if
package lost  ✓ Refund if items damaged  ✓
Refund if no delivery in 30 days

### Security & Privacy ›

Safe payments · Secure personal details

### Safe Payments

# DEFENDANT Chinese Good Store

# Defendant's Infringing Listing



Case 1:25-cv-02312-VSB    Document 13-1    Filed 05/21/25    Page 34 of 170

# Defendant's Merchant Storefront



Chinese Good Store

brawl stars

This site has coupons!

Best Match | Orders | New | Price



New Elden Ring Gaming Q Version Mini Ranni Cat Melina Malenia Th...
★★★★★ 3,000+ sold  Choice  SuperDeals
$ 3.29 $10.98
Save $7.69 · Extra 1% off with coins
Free shipping over $10.00



3pcs/set Elden Ring Ranni bugcatcapoo Cute Action Figure...
★★★★★ 500+ sold  Choice  Sale
$ 3.34 $11.14
Save $7.80 · Extra 1% off with coins
Free shipping over $10.00



Anime Figures Haikyuu!! Shoyo Hinata Action Figures PVC Tobio...
★★★★★ 600+ sold  Choice  Sale
$ 3.48 $10.89
Save $7.41 · Extra 1% off with coins
Free shipping over $10.00



Creative Wilderness Chaos Anime General Cartoon Keychain Cute...
★★★★★ 1,000+ sold  Choice  SuperDeals
$ 1.90 $5.75
Save $3.85 · Extra 1% off with coins
Free shipping over $10.00



Sonny Angel Party Birthday Cake Series Recorative Mini Figures Dol...
★★★★★ 176 sold  Choice  Sale
$ 3.08 $6.55
Save $3.47 · Extra 1% off with coins
Free shipping over $10.00



15-23cm Hunter x Hunter Chrollo Lucilfer Anime Figure Hisoka Acti...
★★★★★ 434 sold  Choice  SuperDeals
$ 3.64 $11.38
Save $7.74 · Extra 1% off with coins
Free shipping over $10.00



Q Posket Demon Slayer Figure Wholesale Mini Figurine 5cs 10Pc...
★★★★★ 183 sold  Choice  SuperDeals



Five Nights at Freddy's Sundrop Moondrop Figures Freddy Bonnie...
★★★★★ 500+ sold  Choice  SuperDeals



15CM NieR:Automata Yorha No. 2 Type B PVC Anime Action Figures...
★★★★★ 1,000+ sold



Smiski Hippers Sonny Angel Party Birthday Cake Series Recorative...
★★★★★ 2,000+ sold



10cm Q Version Blue Lock Anime Figure sagi Yoichi Chigiri Hyoma...
★★★★★ 161 sold  Choice  Sale



3D Cartoon Inside Out 2 Keychain Anime Cartoon Character keychai...
★★★★★ 1,000+ sold

# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT Corn Hunter Global Toy Store

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



AliExpress

brawl stars

Download the AliExpress app    Other/EN/ USD    Hi, US Account    Cart 0

Corn Hunter Global Toy Store

96.4% positive reviews | 5 followers    + FOLLOW    Contact Now    Search in this store

Store Home | Products ⌄ | Feedback

## Hot deals →



1

Animation My Melody Kuromi Kawaii Car Seat Belt Plush Shoulder Cover Cute Cartoon...

★★★★★ 58 sold

$4.33



2

lucifer plush cinderella cat Kawaii Car Seat Belt Plush Shoulder Cover Cute Cartoon...

★★★★☆ 13 sold

$2.29



3

New 34styles Sprunki Plush Toys Sprunki Incredibox PlushDoll Sprunki Game...

4 sold

$4.17  Choice

## Deals by category








# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT Cozy Pillow Kingdom Store

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



# Cozy Pillow Kingdom Store

100.0% positive reviews | 35 followers   + FOLLOW   Contact Now

Store Home | Products ⌄ | Feedback

## Discounts & coupons

**$1.39**  BNBBB3IVWZ5T
Spend $48.54, Get $1.39 off(excludes shipping costs)
Expires 2025/01/29   **Collect**

**$1.39**  Y33EQG6H0950
Spend $97.09, Get $1.39 off(excludes shipping costs)
Expires 2025/01/29   **Collect**

## Hot deals →



**1**

Cute Cross-Border New Product Brawl Stars Mouse Brawl Stars Plush Doll Blind...
★★★★★ 46 sold
$ 11.87
Free shipping



**2**

Japanese Cute Popular Bread Thief Mouse Plush Doll Pendant Funny Cartoon Bag...
★★★★★ 26 sold
$ 7.76
Free shipping



**3**

Game Collection Plush Toys New Nightmare Critters Bobdy Nightmare Lamb Doll Plush...
4 sold
$ 9.14
Free shipping

# Checkout Page for Counterfeit Products from Defendant



# Order Confirmation for Counterfeit Products from Defendant

**Edit address**    **Extend delivery date**    **Cancel order**

### Service Commitment

🔶 **Fast delivery** ›
Apply for a $1.00 coupon code if delivery is delayed ·Refund if package is lost or damaged ·Refund if no delivery in 30 days

📦 **Free returns** ›
Not satisfied with your order? Send it back within 90 days after order was placed. The first return on each order is free (up to 5 times per month).

🛡 **Buyer Protection** ›
Under 'buyer protection', all your product ordering processes are protected.

📍 Athena Kenzington +1 2122925390
244 Madison Avenue, Suite 411
Manhattan, New York, United States, 10016

📄 Order ID: **8197785340105829**    Copy
Order placed on: Jan 21, 2025
Payment completed on: Jan 21, 2025
Payment method: **PayPal**

**Cozy Pillow Kingdom Store** › 💬

Estimated delivery date: Feb 3, 2025 ⑦

Cute Cross-Border New Product Brawl Stars Mouse Brawl Stars Plush Doll Blind Mouse Do...    **Add to cart**
30cm, Purple
$11.82   x1
Free returns · Delivery guarantee

Subtotal                          $11.82
**Total**                         **$12.87**

**Orders**
Payment
Refund and return
Feedback
Settings
Shipping address
Message center

Invite friends

Help center
Manage reports
Suggestion
DS Center
Penalties information
Recalls and Product Safety Alerts

AliExpress Mobile App
Search Anywhere, Anytime!

Scan or click to download

Need Help?

# DEFENDANT Dongguan Dreamer Industrial Co., Ltd.

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant

# Alibaba.com

## Start order

### Shipping address                                              Change

John Wilbanks

Suite 411, 244 Madison Ave, New york, New York, 10016-2817, United States of America

(+1) 2122925390

### Payment method                                               Change

VISA    424631******0285

### Items and delivery options

**Sold by: Dongguan Dreamer Industrial Co., Ltd.**

| Delivery by Mar 4    Shipping fee: USD 149.75 | Change |
| --- | --- |

Brawl Stars Spike Plush Toy Cute Peluche Plush Doll Kawaii Cactus Pillow Lovely Soft Doll Home Room Decoration Kids Toys Gift

Min. order: 50 pieces

Color: Green                                  −  50  +      USD 215.00

---

### Order summary (50 items)

| | |
| --- | --- |
| Item subtotal | USD 215.00 |
| Shipping fee | USD 149.75 |
| Subtotal | USD 364.75 |
| Tax ⓘ | USD 32.38 |
| Payment processing fee ⓘ | USD 11.88 |

**Pay in USD**                    USD 409.01

**🛡 Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

#### Protections for this order

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Mar 4 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the

DEFENDANT Dongguan Ruigao Plastic Products Co., Ltd.

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant

 **Alibaba.com**

# Start order

## Shipping address                                              Change

John Wilbanks

Suite 411, 244 Madison Ave, New york, New York, 10016-2817, United States of America

(+1) 2122925390

## Payment method                                               Change

**VISA**    424631******0285

## Items and delivery options

**Sold by: Dongguan Ruigao Plastic Products Co., Ltd.**

| Delivery by Jan 10 | Shipping fee: USD 35.09 | Change |
|---|---|---|

18 styles 2024 New Design Cute 3D Plastic Cartoon Key chain Small gift BRAWL STARS Custom Anime Soft PVC Rubber Key Chain Ring

Min. order: 20 pieces

Color: 1

−  20  +          USD 12.80

### Order summary (20 items)

| | |
|---|---|
| Item subtotal | ~~USD 13.00~~ **USD 12.80** |
| Shipping fee | USD 35.09 |
| Subtotal | USD 47.89 |
| Tax ⓘ | USD 4.25 |
| Payment processing fee ⓘ | USD 1.56 |

**Pay in USD**                            **USD 53.70**

You saved **USD 0.20** on this order!

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**Delivery via Alibaba.com Logistics**
Expect your order to be delivered before Jan 10 or receive a 10% delay compensation. View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Need Help?

# DEFENDANT Hapinquan Store

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



US $5 off Orders over $39
Use code: 39D111
Code valid from Nov 11, 00:00 - Nov 18, 23:59 PT

US $12 off Orders over $89
Use code: 89D112
Code valid from Nov 11, 00:00 - Nov 18, 23:59 PT

US $25 off Orders over $169
Use code: 169D11
Code valid from Nov 11, 00:00 - Nov 18, 23:59 PT

# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT Jia Han Toys Store

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



# Jia Han Toys

97.4% positive reviews | 916 followers

**Sale** Ends: 12/16/2024, 2:59:59 AM

## SHOP YOUR FAVES

GIFT SEASON

## Recently viewed



30cm Rainbow Friends Plush Toys Animation Kawaii Monster Stuffed...
★★★★★ 800+ sold  Choice  Sale
$2.92 $3.14



27cm Hot Kawaii Disney Stitch Plush Doll Toys Cute Anime Lilo...
★★★★★ 147 sold  Choice  Sale
$2.59 $2.79

23CM Sanrio Kawali Tiger Kuromi Hello Kitty My Melody Cinnamoro...
★★★★★ 143 sold  Choice  Sale
$4.83 $5.13



23CM Sanrio Cartoon Plush Toy Kawali Kuromi Hello Kitty My...
★★★★★ 24 sold  Choice  Sale
$4.44 $4.69



Hot Lilo & Stitch 20cm Pink Blue Couple Kawaii Cartoon Pendant...
11 sold  Choice  Sale
$2.46 $2.64



23cm Pokemon Pikachu Cosplay Gyarados Snorlax Cute Animals Pe...
11 sold  Choice  Sale
$6.48 $6.88

# Checkout Page for Counterfeit Products from Defendant



# Order Confirmation for Counterfeit Products from Defendant



# DEFENDANT  Jiangsu Fondin Guest Amenities Co., Ltd.

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT Jiaxing Big Bear Toys Co., Ltd.

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# Start order

📍 **Shipping address**                                         Change

John Wilbanks

Suite 411, 244 Madison Ave, New york, New York, 10016-2817, United States of America

(+1) 2122925390

---

💲 **Payment method**                                          Change

 424631******0285

---

📦 **Items and delivery options**

**Sold by: Jiaxing Big Bear Toys Co., Ltd.**

| Delivery by Feb 25 | Shipping fee: USD 26.14 | Change |

 New Arrival Game Brawl Stars Qr Code Mouse Brawl Stars Toys Cute Plush Brawl Stars
Min. order: 5 pieces

Color: mouse; size: 30cm                               5        USD 26.00

## Order summary (5 items)

| | |
|---|---|
| Item subtotal | USD 26.00 |
| Shipping fee | USD 26.14 |
| **Subtotal** | **USD 52.14** |
| Tax ⓘ | USD 4.64 |
| Payment processing fee ⓘ | USD 1.70 |
| **Pay in USD** | **USD 58.48** |

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

🚚 **Delivery via Alibaba.com Logistics**
Expect your order to be delivered before Feb 25 or receive a 10% delay compensation View details

✓ **Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

↩ **Standard refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the

# DEFENDANT Luoluo Lns Stationery Store

# Defendant's Infringing Listing



# Defendant's Merchant Storefront


   

# AliExpress

brawl stars

Download the AliExpress app

Other/EN/ USD

Hi, US Account

0 Cart

**Luoluo Lns Stationery Store**

Contact Now

↓ Best Match    ↓ Orders    ↓ New    ↓↑ Price



Labubu 2.0 The Monsters Have A Seat Vinyl Blind Box Pendant...
★★★★★ 100 sold  Choice  SuperDeals
$ 11.49 $24.97
🏷 Save $13.48 · Extra 1% off with coins
🚚 Free shipping over $10.00



Popmart New Anime Skip And Loafer Box Mitsumi Iwakura Shim...
★★★★★ 27 sold  Choice  SuperDeals
$ 13.92 $30.93
🏷 Save $17.01 · Extra 1% off with coins
🚚 Free shipping over $10.00



Popmart Labubu The monster Blind box Macaron Vinyl Face Figure...
8 sold  Choice  SuperDeals
$ 18.10 $42.09
🏷 Save $23.99 · Extra 1% off with coins
🚚 Free shipping over $10.00



17cm Labubu Fashion Shoes Clothes Cartoon Baby Canvas...
★★★★★ 52 sold  Choice  SuperDeals
$ 6.30 $11.88
🏷 Save $5.58 · Extra 1% off with coins
🚚 Free shipping over $10.00



The Monsters Labubu Vinyl Face Doll Heart-Moving Macaron Doll...
6 sold  Choice  Sale
$ 11.87 $25.25
🏷 Save $13.38 · Extra 1% off with coins
🚚 Free shipping over $10.00



Pink Bluey Birthday Party Decoration Happy Children's Day...
★★★★★ 58 sold  Choice  Sale
$ 3.42 $10.67
🏷 Save $7.25 · Extra 1% off with coins
🚚 Free shipping over $10.00



Miniso Famous Disney Water Cup 1600ml Classic Mary Cat Girl...
★★★★★ 21 sold  Choice  Sale
$15...



Dragon Ball Mini Vehicles Spaceships Submarines...
★★★★★ 5 sold  Choice  Sale
$14...



Genuine Authorized Garfield Doll Key Chain Creative Face-changing...
★★★★★ 10 sold  Choice  Sale
$5...



Minions Cartoon Themed Children'S Birthday Party...
1 sold  Choice  Sale
$2...



Me 4 Minions Birthday Portable Paper Bag 12/24pcs Despicable...
1 sold  Choice  Sale
$5...



Authentic Domi Cartoon Sticker Book Korea Gooka Sweet And Co...
1 sold  Choice  Sale
$34...

# Checkout Page for Counterfeit Products from Defendant

# AliExpress

## Shipping address

**Athena Kenzington**    +1 2122925390

244 Madison Avenue / Suite 411
Manhattan, New York, United States, 10016

Change

## Payment Methods

PayPal                                            Change

**Choice**    Luoluo Lns Stationery Store



Kawaii Brawl Stars Spike Plush Toy Cute Peluche Plush Doll Kawaii Cactus Pillow Lovely Sof...
Spike

$6.61                                    —  1  +

Shipping: $1.99
Estimated delivery between Dec 16 - 19

## Summary

| | |
|---|---|
| Subtotal | $6.61 |
| Promo codes | Enter ⌄ |
| Shipping fee | $1.99 |
| Tax ? | $0.77 |
| **Total** | **$9.37** |

**PayPal**

Upon clicking 'Place Order', I confirm I have read and
acknowledged all terms and policies.

**AliExpress**

AliExpress keeps your information and payment safe

### Fast delivery ›

✓ $1.00 coupon code if delayed  ✓ Refund if
package lost  ✓ Refund if items damaged  ✓
Refund if no delivery in 30 days

### Security & Privacy ›

Safe payments · Secure personal details

### Safe Payments

# DEFENDANT Mr Bear3rd Plush Store

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



**AliExpress**

brawl stars

Download the AliExpress app    Other/EN/ USD    Hi, US Account    1 Cart

Mr Bear3rd Plush Store

95.6% positive reviews    |    257 followers    + FOLLOW    Contact Now    Search in this store

Store Home    Products ⌄    Gift Season    Feedback



Sale  Ends: 12/16/2024, 2:59:59 AM

# SHOP YOUR FAVES

GIFT SEASON

## Recently viewed

     

The Octonauts Action Figures Soft Rubber Key Chain Figurine Key...
★★★★★ 187 sold  Choice  Sale
$3.21 $3.40
🔻 Save $0.19 · Extra 3% off with coins
🚚 Free shipping over $10.00

Cute Bluey Paper Bag Birthday Theme Portable Cartoon Bingo D...
★★★★★ 177 sold  Choice  Sale
$7.38 $7.69
🔻 Save $0.31 · Extra 3% off with coins
🚚 Free shipping over $10.00

Moose Bluey Puzzle Cartoon Animation Puzzle Children Puzzle...
★★★★★ 149 sold  Choice  Sale
$11.85 $12.33
🔻 Save $0.48 · Extra 3% off with coins
🚚 Free shipping over $10.00

Bluey friends headband children's headband cute bingo Mickey ears...
★★★★★ 144 sold  Choice  Sale
$4.80 $5.19
🔻 Save $0.39 · Extra 3% off with coins
🚚 Free shipping over $10.00

Pink Bluey Birthday Party Decoration Theme Paper Plate Cu...
★★★★★ 120 sold  Choice  Sale
$19.77 $20.59
🔻 Save $0.82 · Extra 3% off with coins
🚚 Free shipping over $10.00

Cartoon Bluey Family Cosplay Kindergarten Children Schoolbag...
★★★★★ 110 sold  Choice  Sale
$7.85 $8.35
🔻 Save $0.50 · Extra 3% off with coins
🚚 Free shipping over $10.00

# Checkout Page for Counterfeit Products from Defendant



# Order Confirmation for Counterfeit Products from Defendant

Edit address    Extend delivery date    Cancel order

**Service Commitment**

**Fast delivery** ›
Apply for a $1.00 coupon code if delivery is delayed ·Refund if package is lost or damaged ·Refund if no delivery in 30 days

**Free returns** ›
Not satisfied with your order? Send it back within 90 days after order was placed. The first return on each order is free (up to 5 times per month).

**Buyer Protection** ›
Under 'buyer protection', all your product ordering processes are protected.

Athena Kenzington +1 2122925390

244 Madison Avenue, Suite 411

Manhattan, New York, United States, 10016

Order ID: 8198106718645829    Copy

Order placed on: Jan 21, 2025

Payment completed on: Jan 21, 2025

Payment method: PayPal

Mr Bear3rd Plush Store ›

Estimated delivery date: Feb 3, 2025 ⓘ



Brawl Stars Spike Plush Toy Peluche Plush Doll Kawaii Cactus Pillow Lovely Soft Doll Home...
Spike
$9.58  x1

Free returns · Delivery guarantee

Add to cart

Subtotal                                    $9.58 ⌄
**Total**                                   **$10.43**

---

Orders
Payment
Refund and return
Feedback
Settings
Shipping address
Message center

Invite friends

Help center
Manage reports
Suggestion
DS Center
Penalties information
Recalls and Product Safety Alerts

**AliExpress Mobile App**
Search Anywhere, Anytime!

Scan or click to download

# DEFENDANT Nanning Maggie Trading Co., Ltd.

# Defendant's Infringing Listing



# Defendant's Merchant Storefront





# Checkout Page for Counterfeit Products from Defendant



DEFENDANT Shenzhen Hengtaihao Technology Co., Ltd.

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant

# Alibaba.com

# Start order

## Shipping address                                              Change

**John Wilbanks**

Suite 411, 244 Madison Ave, New york, New York, 10016-2817, United States of America

(+1) 2122925390

## Payment method                                               Change

**VISA**   424631******0285

## Items and delivery options

**Sold by: Shenzhen Hengtaihao Technology Co., Ltd.**

| | | |
|---|---|---|
| **Delivery by Mar 3**  Shipping fee: USD 29.91 | | Change |



competitive mobile game Brawl Stars toy keychain Wholesale PVC Anime KeyChains Accessories 3D Doll Exquisite Small Gift Pendant
Min. order: 50 pieces

Color: 1                                    − 50 +    USD 38.00

### Order summary (50 items)

| | |
|---|---|
| Item subtotal | USD 38.00 |
| Shipping fee | USD 29.91 |
| Subtotal | USD 67.91 |
| Tax ⓘ | USD 6.03 |
| Payment processing fee ⓘ | USD 2.22 |
| **Pay in USD** | **USD 76.16** |

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**Delivery via Alibaba.com Logistics**
Expect your order to be delivered before Mar 3 or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Easy Return & Refund**
Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases View details

# DEFENDANT Shenzhen Ji Mi Technology Co., Ltd.

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT Shenzhen Lanbowan Technology Co., Ltd.

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant

# Alibaba.com

# Start order

## Shipping address                                          Change

John Wilbanks

Suite 411, 244 Madison Ave, New york, New York, 10016-2817, United States of America

(+1) 2122925390

## Payment method                                           Change

**VISA**   424631******0285

## Items and delivery options

**Sold by: Shenzhen Lanbowan Technology Co., Ltd.**

| Delivery by Feb 21 | Shipping fee: USD 55.27 | Change |

Brawls Stars Plush Spike Leon Shelly Poco Clot Toy Pillow Dolls Stuff Game Characters For Children Birthday Gifts
Min. order: 160 pieces

Color: 1; size: 11-30cm                          160          USD 304.00

---

## Order summary (160 items)

| | |
|---|---|
| Item subtotal | USD 304.00 |
| Shipping fee | USD 55.27 |
| Subtotal | USD 359.27 |
| Tax ⓘ | USD 31.89 |
| Payment processing fee ⓘ | USD 11.70 |

**Pay in USD**                              USD 402.86

### Pay now

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

**Delivery via Alibaba.com Logistics**
Expect your order to be delivered before Feb 21 or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the

DEFENDANT Shenzhen Siruiqi Electronic Commerce Co. LTD

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant

**Alibaba.com**

# Start order

## Shipping address                    Change

John Wilbanks

Suite 411, 244 Madison Ave, New york, New York, 10016-2817, United States of America

(+1) 2122925390

## Payment method                    Change

VISA    424631******0285

## Items and delivery options

**Sold by: Shenzhen Siruiqi Electronic Commerce Co. LTD**

| Estimated delivery by Jan 9-Jan 22 | Shipping fee: USD 243.00 | Change |
|---|---|---|



Brawl Soft Action Figure Cute Stuffed Hero Toy with PP Cotton Filling Gift for Parties Brawl into the Wild The Spike doll

Min. order: 180 pieces

Color: #1; size: 20-22CM    — 180 +    USD 378.00

---

### Order summary (180 items)

| | |
|---|---|
| Item subtotal | USD 378.00 |
| Shipping fee | USD 243.00 |
| Subtotal | USD 621.00 |
| Tax ⓘ | USD 55.12 |
| Payment processing fee ⓘ | USD 20.22 |

**Pay in USD**                    USD 696.34

**✓ Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**On-time Dispatch Guarantee**
Dispatched within 15 days of payment or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Easy Return & Refund**
Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases View details

# DEFENDANT Shenzhen Taishenhui Technology Co., Ltd.

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



## MANY LANGUAGES

# Checkout Page for Counterfeit Products from Defendant



# Start order

## Shipping address                                                  Change

John Wilbanks

Suite 411, 244 Madison Ave, New york, New York, 10016-2817, United States of America
(+1) 2122925390

## Payment method                                                   Change

VISA   424631******0285

## Items and delivery options

**Sold by: Shenzhen Taishenhui Technology Co., Ltd.**

| | |
|---|---|
| **Delivery by Feb 27**   Shipping fee: USD 25.65 | Change |

 Hot selling brawl stars Series game doll Spike cactus Plush toy Gift
Min. order: 10 pieces

Color: 1; size: 25cm 0.16kg          −  10  +      USD 21.00

## Order summary (10 items)

| | |
|---|---|
| Item subtotal | USD 21.00 |
| Shipping fee | USD 25.65 |
| Subtotal | USD 46.65 |
| Tax ⓘ | USD 4.15 |
| Payment processing fee ⓘ | USD 1.52 |
| **Pay in <u>USD</u>** | **USD 52.32** |

**Pay now**

By clicking the above, you agree to Alibaba.com's
Terms of Use and Privacy Policy

### Protections for this order

**Delivery via Alibaba.com Logistics**
Expect your order to be delivered before Feb 27 or
receive a 10% delay compensation. View details

**Secure payments**
Every payment you make on Alibaba.com is secured with
strict SSL encryption and PCI DSS data protection
protocols View details

**Standard refund policy**
Claim a refund if your order doesn't ship, is missing, or
arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the

# DEFENDANT
# Shop1103058341 Store

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



# Hot deals →



Hot Brawls Game Plush Toy
Stars Leon Shelly Poco Clot Toy
Pillow Dolls Stuff Game...

★★★★☆ 52 sold

$7.34
Choice  Free shipping over $10



Brawls Stars Plush Spike Leon
Shelly Poco Clot Toy Pillow
Dolls Stuff Game Characters F...

★★★★★ 31 sold

$7.24
Choice  Free shipping over $10



Kawaii Brawl Spike Plush Toy
Cute Peluche Plush Doll Kawaii
Cactus Pillow Lovely Soft Doll...

32 sold

$7.08
Choice  Free shipping over $10

# Picked for you







# Checkout Page for Counterfeit Products from Defendant

# AliExpress

## Shipping address

**Athena Kenzington**   +1 2122925390
244 Madison Avenue / Suite 411
Manhattan, New York, United States, 10016

Change

## Payment Methods

PayPal                                                                                   Change

☑**Choice**  | Shop1103058341 Store

Kawaii Brawl Spike Plush Toy Cute Peluche Plush Doll Kawaii Cactus Pillow Lovely Soft Doll ...
7

$7.08                                                    −   1   +

Shipping: $1.99
Estimated delivery between Dec 18 - 21                                            >

## Summary

| | |
|---|---|
| Subtotal | $7.08 |
| Promo codes | Enter ⌄ |
| Shipping fee | $1.99 |
| Tax ? | $0.81 |

**Total**                                         **$9.88**

PayPal

Upon clicking 'Place Order', I confirm I have read and
acknowledged all terms and policies.

### ✓ AliExpress

AliExpress keeps your information and payment safe

### ☑ Fast delivery  >

✓ $1.00 coupon code if delayed  ✓ Refund if
package lost  ✓ Refund if items damaged  ✓
Refund if no delivery in 30 days

### ☑ Security & Privacy  >

Safe payments · Secure personal details

### 🛡 Safe Payments

DEFENDANT
Shop1103667279 Store

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



Shop1103667279 Store



Best Match | Orders | New | Price



Sanrio Anime Plush 35cm Cinnamoroll My Melody Kuromi...

★★★★★ 700+ sold Choice SuperDeals

$6.44 $12.88

Save $6.44 · Extra 1% off with coins

Free shipping over $10.00



Newest Skibidi Toilet Clockman Titan TV Man Speakerman Plush...

★★★★★ 500+ sold Choice SuperDeals

$2.97 $9.00

Save $6.03 · Extra 1% off with coins

Free shipping over $10.00



Murder Drones Plush Toy UZI Anime Murder Drones Little Robo...

★★★★★ 188 sold Choice SuperDeals

$5.30 $10.19

Save $4.89 · Extra 1% off with coins

Free shipping over $10.00



Hot Gabby Dollhouse Plush Toy Mercat Cartoon Stuffed Animals...

25 sold Choice Sale

$3.13 $9.79

Save $6.66 · Extra 1% off with coins

Free shipping over $10.00



Breathing Otter Sleep and Playmate Otter Musical Stuffed Baby Plush...

★★★★½ 600+ sold Choice SuperDeals

$7.39 $14.77

Save $7.38 · Extra 1% off with coins

Free shipping over $10.00



Newest 10 stlyes Gabby Dollhouse Plush Toy Mercat Cartoon Stuffed...

★★★★★ 2,000+ sold

Choice SuperDeals

$2.94 $9.78

Save $6.84 · Extra 1% off with coins

Free shipping over $10.00



Smurf plush toys Cute blue sister dolls Blue elf doll toys Kids dolls...

★★★★★ 67 sold Choice Sale



Cartoon Pusheen Cat Plush Toy Cute Stuffed Kitten Doll Keychain...

4 sold Choice Sale



8.6'' Hot Game My Pet Alien Pou Plush Toy Stuffed Potato Doll Toys...

5 sold Choice Sale



22cm Cute Moo Deng Plush Toys Stuffed Sitting Posture Cushion...

1 sold Choice Sale



15CM Plush Toys Sad Hamster Music Popular Fun Meme Stuffed...

★★★½ 8 sold Choice Sale



Pusheens Plushes Doll Keychains Kids Anime Cat Stuffed Animals C...

★★★★★ 70 sold Choice Sale

# Checkout Page for Counterfeit Products from Defendant

# AliExpress

## Shipping address

**Athena Kenzington**   +1 2122925390

244 Madison Avenue / Suite 411
Manhattan, New York, United States, 10016

Change

## Payment Methods

PayPal                                                    Change

✓Choice | **Shop1103667279 Store**                        ✎

In Stock Brawl Stars Plush Spike Shelly Clot Leon Poco Toy Stuff Pillow Dolls Game Charact...
Blue

$4.23                                    ⊖    1    ⊕

Shipping: $1.99
Estimated delivery between Dec 18 - 21                              >

## Summary

| | |
|---|---|
| Subtotal | $4.23 |
| Promo codes | Enter ⌄ |
| Shipping fee | $1.99 |
| Tax ⓘ | $0.55 |
| **Total** | **$6.77** |

PayPal

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

### AliExpress

AliExpress keeps your information and payment safe

### 🚚 Fast delivery  ›

✓ $1.00 coupon code if delayed  ✓ Refund if package lost  ✓ Refund if items damaged  ✓ Refund if no delivery in 30 days

### 🛡 Security & Privacy  ›

Safe payments · Secure personal details

### 🛡 Safe Payments