# DEFENDANT
# Shop1103936544 Store

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



Shop1103936544 Store

90.3% positive reviews | 44 followers | + FOLLOW | Contact Now | Search in this store

Store Home | Products ∨ | Feedback

# Hot deals →



1

Zimomo Enamel Labubu Doll Clothing Large Clothes 58cm Labubu Celebrity Style Set Ric...

★★★★★ 34 sold

$18.85

Extra 5% off with coins

Choice Free shipping over $10



2

Crayon Shin-Chan Series Generation Xiaoxin Cartoon Figure Hand Action Toy...

22 sold

$4.83

Extra 5% off with coins

Choice Free shipping over $10



3

Disney Kawaii Zootopia Figure Toys Nick Judy Children's Educational Cartoon Judy...

★★★★★ 35 sold

$32.12

Extra 5% off with coins

Free shipping

# Deals by category








# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT Spot It Card Game Store

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



Spot It Card Game Store

Contact Now

Best Match | Orders | New | Price



50style 40cm Catnap Plush Smiling Critters Plush Toy Hopscotch...

★★★★★ 193 sold  Choice  SuperDeals

$4.48 $13.18
Save $8.70 · Extra 1% off with coins
Free shipping over $10.00



TXT Dolls Kpop Cute Soobin Beomgyu PPULBATU Same Plush...

★★★★★ 6 sold  Choice  Sale

$2.94 $8.63
Save $5.69 · Extra 1% off with coins
Free shipping over $10.00



TXT Dolls Kpop Cute Soobin Beomgyu PPULBATU Same Plush...

★★★★★ 91 sold  Choice  SuperDeals

$2.82 $8.31
Save $5.49 · Extra 1% off with coins
Free shipping over $10.00



Inside Out 2 Plush Dolls Inside Out Plush Toy Cute Cartoon Plushie D...

64 sold  Choice  Sale

$2.36 $6.96
Save $4.60 · Extra 1% off with coins
Free shipping over $10.00



Brawls Stars Plush Spike Leon Shelly Poco Clot Toy Pillow Dolls...

3 sold  Choice  Sale

$4.59 $13.49
Save $8.90 · Extra 1% off with coins
Free shipping over $10.00



TXT Dolls Kpop Cute Soobin Beomgyu PPULBATU Same Plush...

★★★★★ 16 sold  Choice  Sale

$2.94 $8.63
Save $5.69 · Extra 1% off with coins
Free shipping over $10.00



TXT Dolls Kpop Cute Soobin Beomgyu PPULBATU Same Plush...

1 sold  Choice  Sale



MINISO 9pcs 25/12cm Twice plush Lovelys Plush Korean Super Star...

★★★★★ 3 sold  Choice  Sale



33styles Sanrio Anime Figure Doll 3-4cm Kawaii Kuromi Melody...

★★★★★ 9 sold  Choice  Sale



33style The Amazing Digital Circus Plush Pomni and Jax Plushie Doll...

★★★★ 8 sold  Choice  Sale

55pcs Stitch Chessboard Game Anime Cartoon Kawaii Character...

★★★☆ 29 sold  Choice  Sale



55Pcs/Set Stumble Guys Cards Anime Board Game Gold Silver Fo...

★★★★★ 4 sold  Choice  Sale

# Checkout Page for Counterfeit Products from Defendant

# AliExpress

## Shipping address

**Athena Kenzington**  +1 2122925390

244 Madison Avenue / Suite 411
Manhattan, New York, United States, 10016

Change

## Payment Methods

PayPal    Change

✓Choice | **Spot It Card Game Store**    ✎

Brawls Stars Plush Spike Leon Shelly Poco Clot Toy Pillow Dolls Stuff Game Characters For ...
Brawls Stars 05

$5.12    —  1  +

X-249674

Shipping: $1.99
Estimated delivery between Dec 18 - 21    >

## Summary

| | |
|---|---|
| Subtotal | $5.12 |
| Promo codes | Enter ⌄ |
| Shipping fee | $1.99 |
| Tax ? | $0.63 |
| **Total** | **$7.74** |

PayPal

Upon clicking 'Place Order', I confirm I have read and
acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

### Fast delivery >

✓ $1.00 coupon code if delayed ✓ Refund if
package lost ✓ Refund if items damaged ✓
Refund if no delivery in 30 days

### Security & Privacy >

Safe payments · Secure personal details

### Safe Payments

# DEFENDANT Thousands Of Toys Store

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



brall stars

Download the AliExpress app

Other/EN/ USD

Hi, US Account

Cart

## Thousands Of Toys Store

Contact Now

Best Match    Orders    New    Price



Anime Demon Slayer Kimetsu no Yaiba Figure Kamado Tanjirou...
★★★★★ 5,000+ sold
Choice  SuperDeals
$2.61 $8.42
Save $5.81 · Extra 1% off with coins
Free shipping over $10.00



13cm Hunter×Hunter Anime Figure Phantom Troupe Hisoka Action...
★★★★★ 700+ sold  Choice  SuperDeals
$4.22 $13.20
Save $8.98 · Extra 1% off with coins
Free shipping over $10.00



New 5Pcs/set Jujutsu Kaisen Cute Yuji Itadori Gojo Satoru Q Ver. PV...
★★★★★ 102 sold  Choice  Sale
$3.40 $10.31
Save $6.91 · Extra 1% off with coins
Free shipping over $10.00



Hot Anime Demon Slayer Kimetsu no Yaiba Figure Kamado Tanjirou...
★★★★★ 2,000+ sold  Choice  Sale
$2.58 $8.34
Save $5.76 · Extra 1% off with coins
Free shipping over $10.00



Hot 10cm Naruto Anime Figure Uzumaki Naruto Kakashi Uchiha...
★★★★★ 335 sold  Choice  SuperDeals
$2.69 $8.41
Save $5.72 · Extra 1% off with coins
Free shipping over $10.00



Sonny Angel Blind Box Harvest Series Fruit And Vegetable Anime...
★★★★★ 220 sold  Choice  SuperDeals
$3.29 $7.00
Save $3.71 · Extra 1% off with coins
Free shipping over $10.00



5 Style/Set Q Version Demon Slayer Sitting Ghost Doll Tanjiro Nidouzi...
★★★★★ 1,000+ sold



SKZOO Plush Toys 23cm Stray Kids Plush Wolf Chan Cartoon Stuffed...
★★★★★ 1,000+ sold



20cm Japan Anime Demon Slayer Tomioka Giyu Kamado Tanjirou...
★★★★★ 6 sold  Choice  Sale



Hot 10cm Naruto Anime Figure Uzumaki Naruto Kakashi Uchiha...
★★★★★ 3,000+ sold  Choice  Sale



In Stock SEGA PM TV Ver. NieR:Automata Ver1.1a Yorha No. ...
★★★★★ 216 sold  Choice  Sale

Hot whole set sale Sonic Tails Werehog Action Figures Blue...
★★★★★ 2,000+ sold

# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT
# Twoaixingcheng Store

# Defendant's Infringing Listing



# Defendant's Merchant Storefront

This site has coupons!

https://www.aliexpress.com/store/1103515292?spm=a2g0o.detail.0.0.6d17MyLZMyLZpb&_gl=1*2ehdio*_gcl_aw*R0NMLjE3Mj...

# AliExpress

brawl stars t shirts

Other/EN/ USD

Hi, US Account

0 Cart

## Twoaixingcheng Store

Contact Now

Best Match | Orders | New | Price



Children's Hoodie Sweatshirt Fashionable Boys and Girls Spider...

★★★★ 23 sold  Choice  Sale

$ 6.03 $10.28

Save $12.25 · Extra 1% off with coins

Free shipping over $10.00



2024 Designer Kids Clothes Cotton T-shirt Tiger Print Children Clothe...

★★★★ 14 sold  Choice  Sale

$ 4.83 $14.62

Save $9.79 · Extra 1% off with coins

Free shipping over $10.00



Kids Boys Hoodies Sweatshirts for Spring Autumn Coats Teenager...

★★★ 50 sold  Choice  Sale

$ 4.73 $14.34

Save $9.61 · Extra 1% off with coins

Free shipping over $10.00



2024 Marvel Spiderman Children Clothes Boys Hooded The Avenge...

★★★★ 424 sold  Choice  SuperDeals

$ 9.89 $29.08

Save $19.19 · Extra 1% off with coins

Free shipping over $10.00



Spring Children's Cartoon Hoodie+pants Set Hood and Pant...

★★★★ 3 sold  Choice  Sale

$ 9.76 $29.58

Save $19.82 · Extra 1% off with coins

Free shipping over $10.00



Cocomeloned Kids Hoodie Girl Boy Clothing Jersey Baby Kawaii...

3 sold  Choice  Sale

$ 6.23 $18.32

Save $12.09 · Extra 1% off with coins

Free shipping over $10.00



Hot Sale The Amazing Digital Circus Print Kids T-shirt Girls...

13 sold  Choice  Sale



Sweatshirt Cartoon Print Donald Duck Mickey Fashion Everyday Ki...

1 sold  Choice  Sale

$ 5



spring autumn Children's set Hoodie Pants Suit Sportsuit 2-pie...

★★★★★ 4 sold  Choice  Sale

$ 9



Children's Hoodie Set Plus Sweatshirt Pants Suit Sports 2-pie...

1 sold  Choice  Sale

$ 10



Disney Cartoon Cheshire Cat Print Girl Teen T-shirt Alice in...

1 sold  Choice  Sale

$ 5



Summer Winnie The Pooh Cartoon Children Tshirt+Shorts 2pcs Suit K...

1 sold  Choice  Sale

$ 8

# Checkout Page for Counterfeit Products from Defendant



DEFENDANT Variance
Of Squares Y Store

# Defendant's Infringing Listing



# Defendant's Merchant Storefront

Cross-Border New Product Brawl... | Variance Of Squares Y Store, An...

https://www.aliexpress.com/store/1104263264?spm=a2g0o.detail.0.0.7e3ewLviwLviMi&_gl=1*n36m1w*_gcl_aw*R0NMLjE3Mjc3MTM1MzcuQ2owS0NRandtT20zQmh...

**AliExpress**    brawl stars

Download the AliExpress app    Other/EN/ USD    Hi, US Account    0 Cart



Variance Of Squares Y Store

100.0% positive reviews | 17 followers    + FOLLOW    Contact Now    Search in this store

Store Home | Products ∨ | **Gift Season** | Feedback

**Sale** Ends: 12/16/2024, 2:59:59 AM

SHOP YOUR FAVES

GIFT SEASON

## Discounts & coupons

$0.97    YLCIG619GM2C

Spend $0.97, Get $0.97 off(excludes shipping costs)

Expires 2025/01/31    Collect

## Recently viewed









60°F
Light rain

Search
















202
5:22 PM
12/11/2024

# Checkout Page for Counterfeit Products from Defendant

# AliExpress

## Shipping address

**Athena Kenzington**    +1 2122925390

244 Madison Avenue / Suite 411
Manhattan, New York, United States, 10016

Change

## Payment Methods

PayPal

Change

**Variance Of Squares Y Store**

Cross-Border New Product Brawl Stars Mouse Brawl Stars Plush Doll Blind Mouse Doll Ga...
about 30cm

$13.49                              −  1  +

Shipping: Free shipping
Estimated delivery between Dec 17 - 26

## Summary

| | |
|---|---|
| Subtotal | $13.49 |
| Promo codes | Enter ⌄ |
| Shipping fee | Free |
| Tax ? | $1.20 |
| **Total** | **$14.69** |

**PayPal**

Upon clicking 'Place Order', I confirm I have read and
acknowledged all terms and policies.

### AliExpress

AliExpress keeps your information and payment safe

### Fast delivery ›

✓ $1.00 coupon code if delayed  ✓ Refund if
package lost  ✓ Refund if items damaged  ✓
Refund if no delivery in 30 days

### Security & Privacy ›

Safe payments · Secure personal details

### Safe Payments

# DEFENDANT Vibrant Clothing Store

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



# Deals by category



B

Welcome to Vibrant Clothing Store

Welcome to Vibrant Clothing Store, where we bring you the latest in casual yet stylish fashion right here on AliExpress. Established on October 14, 2024, our mission is to offer you the highest quality Hoodies and Sweatshirts that not only keep you comfortable but also make a statement. Our collection is curated to cater to every individual's unique sense of style, ensuring you find the perfect piece to elevate your wardrobe.

Our Best-Selling Products

Adesivo Logo Y-Yamahas Casual Sweatshirt...

View more ⌄

Help

AliExpress Multi-Language Sites

# Checkout Page for Counterfeit Products from Defendant

# AliExpress

## Shipping address

**Athena Kenzington**   +1 2122925390

244 Madison Avenue / Suite 411
Manhattan, New York, United States, 10016

Change

## Payment Methods

PayPal

Change

**Vibrant Clothing Store**

Braws-Star Hoodie Men Women Warm Cool Leon Game Sweatshirt Winter Oversized Pullo...
GRAY,XXL

$10.49

−   1   +

Shipping: $9.36
Estimated delivery between Dec 17 - 26

## Summary

| | |
|---|---|
| Subtotal | $10.49 |
| Promo codes | Enter ⌄ |
| Shipping fee | $9.36 |
| **Total** | **$19.85** |

PayPal

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

### AliExpress

AliExpress keeps your information and payment safe

### Fast delivery ›

✓ $1.00 coupon code if delayed  ✓ Refund if package lost  ✓ Refund if items damaged  ✓ Refund if no delivery in 30 days

### Security & Privacy ›

Safe payments · Secure personal details

### Safe Payments

With popular payment partners, your personal

# DEFENDANT Wang Chaun Lung Store

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



Wang Chaun Lung Store

Best Match | Orders | New | Price



6pcs/set Cartoon Black Cat Jiji Gigi Figure PVC Action Toy Doll Model...
★★★★★ 254 sold  Choice  SuperDeals
$4.79 $16.52
Save $11.73 · Extra 1% off with coins
Free shipping over $10.00



Cinnamoroll Piapro Characters Hatsune Miku Girls Toy Anime...
★★★★★ 65 sold  Choice  Sale
$3.70 $10.87
Save $7.17 · Extra 1% off with coins
Free shipping over $10.00



Large screen Tetris game console, retro classic nostalgic puzzle...
★★★★★ 116 sold  Choice  Sale
$4.43 $13.86
Save $9.43 · Extra 1% off with coins
Free shipping over $10.00



11Inch Brownstone Torch Torch Light LED Light USB Rechargeable...
★★★★★ 114 sold  Choice  Sale
$2.86 $9.23
Save $6.37 · Extra 1% off with coins
Free shipping over $10.00



Blox Fruits Anime Game Plush Toy Fruit Leopard Pattern Box Plushies...
★★★★★ 46 sold  Choice  Sale
$3.63 $6.85
Save $3.22 · Extra 1% off with coins
Free shipping over $10.00



Labubu The Monsters Vinyl Face Doll Heart-Moving Macaron Doll...
★★★★★ 103 sold  Choice  SuperDeals
$6.81 $13.90
Save $7.09 · Extra 1% off with coins
Free shipping over $10.00



11.5-13.5cm Spirited Away Character PvC Action Model Set...
★★★★★ 190 sold  Choice  Sale



Mug gift box ceramic mug Christmas gift Ceramic mug mug...
7 sold  Choice  Sale



13cm Anime Figure One Piece Monkey D Luffy Roronoa Zoro...
★★★★★ 36 sold  Choice  Sale



Zoro One Piece Figures Roronoa Zoro Action Figures PVC 15cm...
★★★★★ 4 sold  Choice  Sale



SushiGo Family Gathering Game Card,Fun Card Game,Party Board...
1 sold  Choice  Sale

Kawaii LED Digital Clock Cute Rome Decor Cartoon Pig Alarm Clock...
★★★★★ 1 sold  Choice  Sale

# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT
# Wonderful Fun Store

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



## Hot deals →



**Anime Cartoon Grinch Universal Kawaii Figure Embroidery Beanies Hat Boy...**
★★★★★ 174 sold
$3.33
Choice  Free shipping over $10



**Disney Anime Nightmare Before Christmas Jack Skellington Christmas Tree...**
★★☆☆☆ 100 sold
$1.58
Choice  Free shipping over $10



**Pokemon Snorlax Ditto Psyduck Beanies Winter Warm Hat Solid Color Cute Anime...**
★★★★☆ 91 sold
$3.84
Choice  Free shipping over $10

## Picked for you













# Checkout Page for Counterfeit Products from Defendant



# Order Confirmation for Counterfeit Products from Defendant



🔴 **Fast delivery** ›
Apply for a $1.00 coupon code if delivery is delayed ·Refund if package is lost or damaged ·Refund if no delivery in 30 days

🔶 **Free returns** ›
Not satisfied with your order? Send it back within 90 days after order was placed. The first return on each order is free (up to 5 times per month).

◆ **Buyer Protection** ›
Under 'buyer protection', all your product ordering processes are protected.

📍 Athena Kenzington +1 2122925390
244 Madison Avenue, Suite 411
Manhattan, New York, United States, 10016

📋 Order ID: 8197373394325829    Copy
Order placed on: Jan 21, 2025
Payment completed on: Jan 21, 2025
Payment method: PayPal

**Wonderful Fun Store** › 💬

Estimated delivery date: Feb 3, 2025 ⓘ

New Kawaii Brawl Star Spike Shelly Clot Leon Poco Toy Pillow Doll Decor Game Characters...
ai er pu li mo
$ 3.24   x1

Add to cart

Free returns · Delivery guarantee

Subtotal                                      $3.24 ⌄
**Total**                                     **$8.06**

**More to love**

# DEFENDANT Wuhan John Kids Toys Co., Ltd.

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# Start order

## Shipping address                                    Change

John Wilbanks

Suite 411, 244 Madison Ave, New york, New York, 10016-2817, United States of America

(+1) 2122925390

## Payment method                                     Change

 424631******0285

## Items and delivery options

**Sold by: Wuhan John Kids Toys Co., Ltd.**

Estimated delivery by Jan 14-Jan 22  |  Shipping fee: USD 43.00        Change

New Design Brawl Stars Plush Buddies Cute Anime Kawaii Cotton Spike Cactus Figure Toy for Home Usage Perfect Birthday Gift

Min. order: 5 pieces

Color: as pic; size: S/M/L/XL                    −  5  +      USD 10.90

### Order summary (5 items)

| | |
|---|---|
| Item subtotal | USD 10.90 |
| Shipping fee | USD 43.00 |
| Subtotal | USD 53.90 |
| Tax ⓘ | USD 4.79 |
| Payment processing fee ⓘ | USD 1.76 |

**Pay in USD**                                 USD 60.45

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**On-time Dispatch Guarantee**

Dispatched within 15 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Easy Return & Refund**

Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases View details

# DEFENDANT Xiamen Hotitem Technology Co., Ltd.

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# Start order

### Shipping address                                                    Change

John Wilbanks

Suite 411, 244 Madison Ave, New york, New York, 10016-2817, United States of America

(+1) 2122925390

### Payment method                                                     Change

 424631******0285

### Items and delivery options

**Sold by: Xiamen Hotitem Technology Co., Ltd.**

| Delivery by Feb 26 | Shipping fee: USD 40.61 | | Change |
|---|---|---|---|

 Wholesale Aolan New Design Brawl Stars Plush Keychain Cute Anime Soft Stuffed Animal Spike Cactus Pendant Toy

Min. order: 100 pieces

Color: 1; size: 7-10cm                                   − 100 +      USD 110.00

---

## Order summary (100 items)

| | |
|---|---|
| Item subtotal | USD 110.00 |
| Shipping fee | USD 40.61 |
| Subtotal | USD 150.61 |
| Tax ⓘ | USD 13.36 |
| Payment processing fee ⓘ | USD 4.91 |
| **Pay in USD** | **USD 168.88** |

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Feb 26 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Easy Return & Refund**

Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases View details

# DEFENDANT Yangzhou Huanzhidou Toy Co., Ltd.

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# Start order

### Shipping address

**Change**

John Wilbanks

Suite 411, 244 Madison Ave, New york, New York, 10016-2817, United States of America

(+1) 2122925390

### Payment method

**Change**

VISA    424631******0285

### Items and delivery options

**Sold by: Yangzhou Huanzhidou Toy Co., Ltd.**

**Delivery by Jan 6**    Shipping fee: USD 189.72    **Change**



**Alibaba Guaranteed**

Brawl Stars Long Haired Monster Plush Toy ACG Name for Gifts

Min. order: 10 bags

Color: Pink    —  10  +    USD 100.00

## Order summary (10 items)

| | |
|---|---|
| Item subtotal | USD 100.00 |
| Shipping fee | USD 189.72 |
| Subtotal | USD 289.72 |
| Tax ⓘ | USD 25.72 |
| Payment processing fee ⓘ | USD 9.44 |
| **Pay in USD** | **USD 324.88** |

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for Alibaba Guaranteed

🚚 **Guaranteed delivery via Alibaba.com Logistics**
Expect your order to be delivered before Jan 6 or receive a 10% delay compensation. View details

✓ **Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols. View details

💰 **Money-back guarantee**
Get your money back for missing deliveries and defective or damaged products, plus free local returns for defects. View details

# DEFENDANT Yangzhou Lsd Electronics Co., Ltd.

# Defendant's Infringing Listing



# Hot Selling TikTok Brawl Stars Series Action Figure Spike Cactus Plush Doll Soft Cotton Gift for Birthday for Sleep

No reviews yet · 2 sold

Yangzhou Lsd Electronics Co., Ltd. · 6 yrs · CN

| 3 - 299 pieces | 300 - 999 pieces | >= 1000 pieces |
| --- | --- | --- |
| $5.00 | $4.80 | $4.50 |

## Variations

Total options: 7 Color; 1 size.      **Select now**

Color(7): 1

size(1)

25cm

## Shipping

**Multimodal transport**                          Change >

Shipping fee: Est. $28.31 for 3 pieces

Estimated delivery in 28-41 business days

* Shipping costs listed are estimates for your reference. Please contact the supplier for the final quote.

**Send Inquiry**          **Chat now**

## Protections for this product

✓ Secure payments

Every payment you make on Alibaba.com is secured

## Other recommendations for your business

### Deliver to:
🇺🇸 10016-2817, US

English-USD

Products    brawl stars toys    Search

# Defendant's Merchant Storefront



6YRS    Yangzhou Lsd Electronics Co., Ltd. ⌄

# Yangzhou LSD Electronic Co., Ltd.

Main products:plush toy,electronic toy,christmas gift,pillow,bolster...

Home | Products ⌄ | Profile ⌄ | Contacts

Search in this store



ODM/OEM

DESIGN, PRODUCTION, SALES

Mainly engaged in all kinds of plush toys, gifts, supplies, accessories

# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT
# YGLY CHOICE Store

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



brawl stars

Download the AliExpress app

Other/EN/ USD

Hi, US Account

0 Cart

**YGLY CHOICE Store**

Contact Now

↓ Best Match    ↓ Orders    ↓ New    ↓↑ Price



Ms. Rachel Surprise Learning Box ms rachel plush doll Children's...
★★★★★ 6 sold  Choice  Sale
$ 11.18 $36.06
Save $24.88 · Extra 1% off with coins
Free shipping over $10.00



28cm One Piece Anime Figure Tyrant Bear Electric Figures...
★★★★☆ 36 sold  Choice  Sale
$ 27.27 $82.66
Save $55.39 · Extra 1% off with coins
Free shipping over $10.00



Ko Gundam Figure TR-6 HAZEL 2 Assembly Model 1/144 HG RX-12...
★★★★☆ 242 sold  Choice  SuperDeals
$ 12.51 $40.36
Save $27.85 · Extra 1% off with coins
Free shipping over $10.00



One Piece Mug Water Cup Cosplay Creative Three Brothers Hat Shap...
★★★★★ 1,000+ sold  Choice  SuperDeals
$ 16.07 $47.27
Save $31.20 · Extra 1% off with coins
Free shipping over $10.00



Mickey Mouse Action Figure Piggy Bank Anime Child Toys Donald...
★★★★★ 23 sold  Choice  Sale
$ 5.55 $16.81
Save $11.26 · Extra 1% off with coins
Free shipping over $10.00



Spidergwen Figure Spider Girl Anime Figure Movie Role Gwen...
★★★★★ 6 sold  Choice  Sale
$ 15.09 $44.37
Save $29.28 · Extra 1% off with coins
Free shipping over $10.00



Thermal Coffee Cup with Straw Stainless Steel Vacuum Insulated...
★★★★★ 53 sold  Choice  Sale



Computer Chair Sedentary Comfortable Home Study...
★★★★★ 26 sold  Choice  SuperDeals



Dustproof 1/3/6 Layers Foldable Shoes Box Stackable Transparent...
3 sold  Choice  Sale



Elden Ring Ranni Dark Moon Greatsword Collectable Weapon...
★★★★★ 222 sold  Choice  Sale



Cartoon Crayon Shin-Chan Crocodile Glass Hexagonal Cup...
★★★★★ 1,000+ sold  Choice

SMISKI work Series Noctilucent Green Doll Blind Mystery Box...
★★★★☆ 121 sold  Choice  SuperDeals

# Checkout Page for Counterfeit Products from Defendant

# AliExpress

## Shipping address

**Athena Kenzington**   +1 2122925390

244 Madison Avenue / Suite 411
Manhattan, New York, United States, 10016

Change

## Payment Methods

PayPal

Change

**✓Choice** | YGLY CHOICE Store

Brawl Plush Spike Shelly Clot Leon Poco Stars Plush Toy Stuff Pillow Dolls Game Characte F...
D

$7.98

−  1  +

Shipping: $1.99
Estimated delivery between Dec 21 - 24

>

## Summary

| Subtotal | $7.98 |
|---|---|
| Promo codes | Enter ⌄ |
| Shipping fee | $1.99 |
| Tax ⍰ | $0.89 |

**Total**    **$10.86**

**PayPal**

Upon clicking 'Place Order', I confirm I have read and
acknowledged all terms and policies.

🛡 **AliExpress**

AliExpress keeps your information and payment safe

### Fast delivery ›

✓ $1.00 coupon code if delayed  ✓ Refund if
package lost  ✓ Refund if items damaged  ✓
Refund if no delivery in 30 days

### Security & Privacy ›

Safe payments · Secure personal details

### Safe Payments

# DEFENDANT Yiwu Allo Trading Co., Ltd.

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# Start order

## Shipping address                                          Change

John Wilbanks

Suite 411, 244 Madison Ave, New york, New York, 10016-2817, United States of America

(+1) 2122925390

## Payment method                                          Change

VISA    424631******0285

## Items and delivery options

**Sold by: Yiwu Allo Trading Co., Ltd.**

| Delivery by Mar 5 | Shipping fee: USD 207.66 | Change |
| --- | --- | --- |

Allogogo Brawl Stars Plush Buddies Cartoon Cute Anime Stuffed Animal Spike Cactus Plush Figure Toy for Fans Adults Kids

Min. order: 150 pieces

Color: 1; size: 24cm          −  150  +    USD 252.00

### Order summary (150 items)

| | |
| --- | --- |
| Item subtotal | USD 252.00 |
| Shipping fee | USD 207.66 |
| Subtotal | USD 459.66 |
| Tax ⓘ | USD 40.80 |
| Payment processing fee ⓘ | USD 14.97 |
| **Pay in USD** | **USD 515.43** |

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**Delivery via Alibaba.com Logistics**
Expect your order to be delivered before Mar 5 or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Easy Return & Refund**
Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases View details

# DEFENDANT Yiwu Seaside Trading Co., Ltd.

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT Yiwu Xingxin International Trade Co., Ltd.

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT Yiwu Xirui Trade Co., Ltd.

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT Yiwu Yibu Import & Export Co., Ltd.

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



DEFENDANT You Are Really Beautiful Store

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



AliExpress

brawl stars

  Download the AliExpress app    Other/EN/ USD    Hi, US Account    Cart 0

You Are Really Beautiful Store

Contact Now

↓ Best Match     ↓ Orders     ↓ New     ↓↑ Price



American Retro Hip Hop Hooded Sweater Women's Autumn and...
★★★☆☆ 2 sold  Choice  Sale
$ 13.33 $40.39
Save $27.06
Free shipping



2024 New Trade Men's Sports Suit Fashion Casual Winter Hooded...
5 sold  Choice  Sale
$ 23.69 $65.80
Save $42.11
Free shipping



Men Retro T Shirt Mtv Throwback TShirt Vintage 80S 90S Bands Pop...
★★★★★ 11 sold  Choice
$ 8.24 $16.17
Free shipping



2024 Autumn Winter Hot Sale Fashion International Brand Long...
1 sold  Choice  Sale
$ 12.92 $40.39
Save $27.47
Free shipping



Scuffer High Street Oversized Sweatshirt Grunge Hoodies Wom...
★★★☆☆ 11 sold  Choice  Sale
$ 14.12 $39.22
Save $25.10
Free shipping



Hip Hop Best Quality House Of Errors Hoodies Cotton Black Whit...
3 sold  Choice  Sale
$ 14.15 $37.50
Save $23.35
Free shipping



American Fashion Brand Short Sleeved Summer Tactical Military...
2 sold  Choice  Sale



Yao888 HOUSE OF ERRORS Foam Print Pullover Vintage Streetwear...
1 sold  Choice  Sale



Scuffers Hiphop Hoodies Women New Harajuku Oversized Hoodie...
★★★★☆ 11 sold  Choice  SuperDeals



2024 New Fashion Luxury Brand Autumn Horse Hoodies Women...
★★★★☆ 6 sold  Choice  Sale



California Bear Men Cotton T-shirt Luxury Brand Fashion Big Size Ra...
1 sold  Choice  Sale



Rapper Mf Doom MM FOOD Doomsday Graphic T-shirt Men...
★★★★☆ 222 sold  Choice  SuperDeals

# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT Yudu Jinyongfa Building Materials Sales Center

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant

