UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
SUPERCELL OY,                                              :
:
                             Plaintiff,       :
:       25-CV-2312 (VSB)
             -against-                          :
:       <u>**SEALED ORDER**</u>
:
BANDAI GUA GUA MODEL TOYS                                  :
STORE, *et al.*,                                           :
:
                        Defendants.       :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       I am in receipt of Plaintiff Supercell Oy's sealed (1) Complaint and Exhibits A–B, (2) Proposed Temporary Restraining Order ("TRO") and Schedule A, (3) Memorandum of Law in Support of Ex Parte Application for TRO, (4) Declaration of Gabriela N. Nastasi, (5) Declaration of Markku Ignatius, (6) Motion to Exceed Word Limit, (7) Proposed Order to Exceed Word Limit, and (8) Summons and Attachment A.

       It is hereby ORDERED that Counsel for Plaintiffs shall appear before me in a telephonic conference to address the issues raised in the materials on Tuesday, March 25, 2025 at 2 p.m. The dial-in number is **1-855-244-8681** and the access code is **2309 3085 835**. There is no attendee ID.

SO ORDERED.

Dated:  March 21, 2025
           New York, New York

                                                           Vernon S. Broderick
                                                           United States District Judge