UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SUPERCELL OY, :
:
Plaintiff, :
: 25-CV-2312 (VSB)
-against- :
: **SEALED ORDER**
:
BANDAI GUA GUA MODEL TOYS STORE, :
*et al.*, :
:
Defendants. :
:
------------------------------------------------------------ X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On April 23, 2025, I issued a memo endorsement extending the Amended Temporary Restraining Order in this case to May 16, 2025. In that memo endorsement, I also scheduled a preliminary-injunction hearing for May 16, 2025 at 11:00 a.m. Due to a conflict, it is hereby:

ORDERED that the May 16, 2025 hearing at 11:00 a.m. is adjourned to May 16, 2025 at 2 p.m. The dial-in number is **1-855-244-8681** and the access code is **2309 3085 835**. There is no attendee ID.

IT IS FURTHER ORDERED that Plaintiff serve this order on Defendants, including by registered electronic mail, by no later than May 14, 2025 at 9 a.m. EST.

SO ORDERED.

Dated: May 13, 2025
New York, New York

*[signature: Vernon Broderick]*

Vernon S. Broderick
United States District Judge