UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                       :

SUPERCELL OY,                                  :

                                  :

                      Plaintiff,    :                        

                                  :                25-CV-2312 (VSB)

                -against-        :

                                  :                    **<u>ORDER</u>**

BANDAI GUA GUA MODEL TOYS STORE, :
*et al.*,                                    :

                                  :

                    Defendants.  :
------------------------------------------------------------ X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On May 23, 2025, I issued an Amended Preliminary Injunction Order stating that the injunctive relief previously granted shall remain in place through the pendency of this action. (Doc. 11.)  Since this order, Plaintiff has served "the Summons, Complaint, TRO, all papers filed in support of the Application, the Amended TRO and the April 23, 2025 Order on each and every Defendant, except Defendants Cozy Pillow Kingdom Store and Jia Han Toys Store" via alternative service methods.  (Doc. 29 ¶ 10.)  Plaintiff has also filed multiple notices of voluntary dismissal against certain Defendants.  (Doc. 30, 33, 35.)  However, to date, no Defendants have appeared in the case.

Accordingly, it is hereby ORDERED that all parties to the action shall appear at a telephonic status conference on February 6, 2026 at 2:30 p.m. EST.  The dial-in number is **1-855-244-8681** and the access code is **2309 3085 835**.  There is no attendee ID.  The parties should be prepared to discuss if there have been any ongoing settlement discussions and Plaintiff's service methods for each of the remaining Defendants.

IT IS FURTHER ORDERED that Plaintiff serve this order on Defendants by no later than January 30, 2026.

SO ORDERED.

Dated:    January 15, 2026
          New York, New York

Vernon S. Broderick
United States District Judge