UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
SUPERCELL OY,                                              :
                                                           :
                              Plaintiff,       :
                                                           :                25-CV-2312 (VSB)
              -against-                        :
                                                           :                **ORDER**
BANDAI GUA GUA MODEL TOYS STORE, :
*et al.*,                                       :
                                                           :
                              Defendants.    :
----------------------------------------------------------- X
VERNON S. BRODERICK, United States District Judge:

          I am in receipt of Plaintiff's Proposed Order to Show Cause regarding Defendants Bandai

Gua Gua Model Toys Store, Childlike Figures Store, Children Growing Tree Store, China Toy

Hall Store, Corn Hunter Global Toy Store, Dongguan Dreamer Industrial Co., Ltd., Hapinquan

Store, Jiangsu Fondin Guest Amenities Co., Ltd., Jiaxing Big Bear Toys Co., Ltd., Luoluo Lns

Stationery Store, Mr Bear3rd Plush Store, Nanning Maggie Trading Co., Ltd., Shenzhen Ji Mi

Technology Co., Ltd., Shenzhen Lanbowan Technology Co., Ltd., Shenzhen Siruiqi Electronic

Commerce Co. LTD, Shop1103058341 Store, Shop1103667279 Store, Shop1103936544 Store,

Spot It Card Game Store, Twoaixingcheng Store, Variance Of Squares Y Store, Vibrant Clothing

Store, Wonderful Fun Store, Wuhan John Kids Toys Co., Ltd., Yangzhou Huanzhidou Toy Co.,

Ltd., Yangzhou Lsd Electronics Co., Ltd., YGLY CHOICE Store, Yiwu Allo Trading Co., Ltd.,

Yiwu Seaside Trading Co., Ltd., Yiwu Xingxin International Trade Co., Ltd., Yiwu Yibu Import

& Export Co., Ltd., You Are Really Beautiful Store, and Yudu Jinyongfa Building Materials

Sales Center, (collectively, the "Defaulting Defendants"), (Doc. 47), the Memorandum of Law in

Support of Plaintiff's Proposed Order to Show Cause, (Doc. 49), the Affidavit of Gabriela N.

Nastasi in Support of Plaintiff's Proposed Order to Show Cause, (Doc. 48), Plaintiff's Proposed

Default Judgment, (Doc. 50), service of the summons and complaint on the Defaulting

Defendants, (Docs. 29, 38), and the Clerk's Certificate of Default as to the Defaulting

Defendants, (Doc. 46).

Accordingly, the Parties are ORDERED to appear for a hearing on April 9, 2026 at 2:00

p.m.  The hearing will take place telephonically.  The dial-in number is **1-855-244-8681** and the

access code is **2309 3085 835**.  There is no attendee ID.  Further, it is:

ORDERED that the Defaulting Defendants file their opposition to Plaintiff's Motion for

Default Judgment on or before April 1, 2026.

IT IS FURTHER ORDERED that Plaintiff file a reply, if any, on or before April 8, 2026.

IT IS FURTHER ORDERED that Plaintiff shall serve the Defaulting Defendants with a

copy of this order, the Motion for Default Judgment, and all supporting papers, including

declarations and affidavits, on or before March 13, 2026 and file proof of service on the

electronic docket on or before March 13, 2026.

SO ORDERED.

Dated:        March 9, 2026
              New York, New York

Vernon S. Broderick
United States District Judge